# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Stefani L. Bohm *aka* Stefani Ginsberg | : Bankruptcy No. 16-17455-amc<br>: Chapter 13 |
| Citibank, N.A., as trustee for CMLTI Asset Trust c/o Fay Servicing | : |
| Movant | : |
| vs. | : |
| Stefani L. Bohm aka Stefani Ginsberg | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK:

    Please mark the Motion for Relief from Stay, filed on February 24, 2017 at Doc. #21, as withdrawn.

Date: 07/17/2017

                              Respectfully submitted,

                              /s/Danielle Boyle-Ebersole, Esquire
                              Danielle Boyle-Ebersole, Esquire
                              Hladik, Onorato & Federman, LLP
                              298 Wissahickon Avenue
                              North Wales, PA 19454
                              Phone 215-855-9521
                              Fax 215-855-9121

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-17455-amc |
|    Stefani L. Bohm *aka* Stefani Ginsberg | : Chapter 13 |
| | : |
| Citibank, N.A., as trustee for CMLTI Asset Trust c/o Fay Servicing | : |
|               Movant | : |
|      vs. | : |
| Stefani L. Bohm aka Stefani Ginsberg | : |
|           Debtor/Respondent | : |
|   and | : |
| William C. Miller, Esquire | : |
|           Trustee/Respondent | : |

## **CERTIFICATE OF MAILING**

    I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw Motion for Relief from Stay to the parties at the addresses shown below on July 17, 2017.

    The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Stanton M. Lacks, Esquire  
Via ECF  
*Attorney for Debtor*

William C. Miller, Esquire  
Via ECF  
*Trustee*

Stefani L. Bohm  
1031 Kingsdown Court  
Ambler, PA 19002  
Via First Class Mail  
*Debtor*

Date:  /s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121