## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Stefani L. Bohm *aka* Stefani Ginsberg | : Bankruptcy No. 16-17455-amc <br> : Chapter 13 |
| Citibank, N.A., as trustee for CMLTI Asset Trust c/o Fay Servicing | : |
|                Movant | : |
| vs. | : |
| Stefani L. Bohm aka Stefani Ginsberg | : |
|              Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|              Trustee/Respondent | : |

### ORDER

AND NOW, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding good cause to grant said Motion, it is hereby ORDERED and DECREED that the Motion is GRANTED and Debtor's Loan Modification with Citibank, N.A., as trustee for CMLTI Asset Trust c/o Fay Servicing with respect to the property located at 1031 Kingdown Court, Ambler, PA 19044 is hereby APPROVED.

By the Court

_____

Honorable Ashely M. Chan
U.S. Bankruptcy Judge

**Date: October 27, 2017**